**MANDATE**

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of March, two thousand twenty-six.

Present:

Debra Ann Livingston,
*Chief Judges,*
Barrington D. Parker,
Myrna Pérez,
*Circuit Judges.*

_____

Willie E. Dennis,

*Plaintiff-Appellant,*

v.                                          25-2579

K&L Gates LLP, et al.,

*Defendants-Appellees.*

_____

Appellant, pro se, moves for in forma pauperis status, appointment of counsel, and an extension of time to file the underlying record. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see* 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 05/04/2026**